## W. H. Blackman et al. v. J. S. Lewis.

1. APPELLATE COURT PRACTICE—*Appellees Must File Briefs.*—Under the rules of this court the judgment will be reversed if the appellee fails to file a brief.

**Transcript,** from a justice of the peace. Appeal from the Circuit Court of Saline County; the Hon. ALONZO K. VICKERS, Judge, presiding. Heard in this court at the August term, 1896.   Reversed and remanded. Opinion filed March 3, 1896.

CHOISSER, WHITLEY & CHOISSER, attorneys for appellants.

No appearance for appellee.

MR. JUSTICE GREEN DELIVERED THE OPINION OF THE COURT. No briefs on behalf of appellee have been filed in this court, and, under rule 31, providing if appellee shall fail to file his brief the judgment will be reversed, we reverse the judgment and remand the cause.